JOHN McMILLAN HAMILTON, Appellant, v. MERTON E. KINSLEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES C. MARS, Respondent, v. RICHARD LOUNSBERY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BOARD OF FOREIGN MISSIONS OF THE REFORMED CHURCH IN AMERICA, Plaintiff, v. JACOB VOLK, Respondent, Impleaded with ALBERT A. VOLK and Others, Appellants, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Smith and Philbin, JJ., dissented.

JOHN J. PRINCE, Appellant, v. MAX KATZ and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, Respondent, v. ALEXANDER C. CASTRIOTIS and Another, as Copartners, etc., Appellants.— Order reversed, with ten dollars costs, and motion denied, with ten dollars costs, on the authority of *Ligouri* v. *Hutkoff* (74 App. Div. 327). Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JULIET McELROY and Another, as Executrices, etc., Respondents, v. ANNIE B. RUSSELL and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of West One Hundred and Eighty-fourth Street, etc., from Broadway to Unnamed Street (Overlook Terrace), and Opening and Extending Said Unnamed Street (Overlook Terrace) from West One Hundred and Eighty-fourth Street to Fort Washington Avenue, in the Twelfth Ward, Borough of Manhattan, City of New York. JONAS M. LIBBEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM H. KELSEY, Respondent, v. HARVEY H. HEVENOR, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Preiss* v. *O'Donohue* (173 App. Div. 122). Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of DWIGHT W. DeMOTTE, an Attorney, Respondent. PAUL CAPKANIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.